IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ALBERT FOSTER**                                                      **PLAINTIFF**

v.                                                 Case No.: 5:07CV209DCBJMR

**TRW, INC. AND TRW VEHICLE SAFETY**
**SYSTEMS, INC.**                                               **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS DAY this cause came on to be heard on the joint motion of the parties to dismiss the Complaint and this cause of action filed against the Defendants with prejudice, and this Court, having been advised that this cause has been amicably resolved by the parties, is of the opinion that said motion is well taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice with each party to bear their own costs and expenses, including attorney's fees.

ORDERED AND ADJUDGED THIS THE  15th  DAY OF  July , 2008.

                                               s/ David Bramlette
                                               DAVID C. BRAMLETTE
                                               UNITED STATES SENIOR DISTRICT COURT
                                               JUDGE

AGREED TO BY:

/s/Stephen L. Shackleford
Stephen L. Shackleford
ATTORNEY FOR PLAINTIFF

/s/Richard M. Dye
Richard M. Dye
David B. Weinstein
ATTORNEYS FOR DEFENDANTS